**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (*If known*): _____  Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

1. **Debtor's name**    _____

2. **Debtor's unique identifier**

    **For non-individual debtors:**

    ☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___

    ☐ Other _____. Describe identifier _____.

    **For individual debtors:**

    ☐ Social Security number:  xxx – xx– ____ ____ ____ ____

    ☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

    ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**    _____

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**    _____

5. **Nature of the foreign proceeding**

    *Check one:*

    ☐ Foreign main proceeding
    ☐ Foreign nonmain proceeding
    ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

    ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

    ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

    ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
    _____
    _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

    ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
    ☐ Yes

Debtor _____    Case number (*if known*)_____
       Name

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

_____

**Debtor's registered office:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**10. Debtor's website** (URL)    _____

**11. Type of debtor**

*Check one:*

❑ Non-individual (*check one*):

   ❑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ❑ Partnership

   ❑ Other. Specify: _____

❑ Individual

| Debtor | Virgin Atlantic Airways Limited | Case number (if known) _____ |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _[signature]_ _____    Shai Weiss _____
Signature of foreign representative          Printed name

Executed on   08/04/2020
             MM / DD / YYYY

✗ _____    _____
Signature of foreign representative          Printed name

Executed on   _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Ken Coleman _____    Date   08/04/2020
Signature of Attorney for foreign representative          MM / DD / YYYY

Ken Coleman _____
Printed name
Allen & Overy LLP _____
Firm name
1221 Avenue of the Americas _____
Number       Street
New York _____      NY      10020 _____
City                              State   ZIP Code

(212) 610-6300 _____      ken.coleman@allenovery.com _____
Contact phone                            Email address

1775139 _____      NY _____
Bar number                       State