**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VIRGIN ATLANTIC AIRWAYS LIMITED,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 20-11804 (MEW) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that Delta Air Lines, Inc. (**"Delta"**), a party in interest in the above-captioned chapter 15 case, by and through its counsel, Norton Rose Fulbright US LLP, hereby appears in this chapter 15 case and demands, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that all notices given in this case and all papers served or required to be served in this case, be given to and served upon counsel at the addresses set forth below:

>David A. Rosenzweig
>Francisco Vazquez
>**NORTON ROSE FULBRIGHT US LLP**
>1301 Avenue of the Americas
>New York, New York 10019-6022
>Telephone: (212) 318-3000
>Facsimile: (212) 318-3400
>E-mail: david.rosenzweig@nortonrosefulbright.com
>         francisco.vazquez@nortonrosefulbright.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, or any other document that in any way affects Virgin Atlantic Airways Limited or its property, whether transmitted or conveyed by mail delivery, telephone, facsimile, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice is neither intended as nor is it a consent of Delta to the jurisdiction of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Delta's right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) Delta's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) Delta's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Delta is or may be entitled under any agreement, in law, or in equity, and all such rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: New York, New York
August 5, 2020

                                        Respectfully submitted,

                                        **NORTON ROSE FULBRIGHT US LLP**

                                   By: /s/ David A. Rosenzweig
                                           David A. Rosenzweig
                                           Francisco Vazquez
                                           1301 Avenue of the Americas
                                           New York, New York 10019-6022
                                           Telephone: (212) 318-3000
                                           Facsimile: (212) 318-3400

                                        *Attorneys for Delta Air Lines, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on August 5, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York.

                                              */s/ David A. Rosenzweig*_____
                                                David A. Rosenzweig