# SCHEDULE 1

## RCF Lender Plan Creditors

| Party |
|---|
| Lloyds Bank plc |
| |
| BNP Paribas |
| |
| Bank of China Limited, London Branch |
| |
| Citibank N.A., London Branch |
| |
| Landesbank Hessen- Thuringen Girozentrale |
| |
| Standard Chartered Bank |
| |
| Credit Agricole Corporate and Investment Bank |

**Trade Plan Creditors**

| Party | Party Legal Entity |
|---|---|
| BRYT ENERGY LIMITED | BRYT ENERGY LIMITED |
| LUMESSE LTD | LUMESSE LTD |
| GODDARD CATERING GROUP BARBADOS LTD | Goddard Catering Group Inc |
| GODDARD CATERING GROUP ST LUCIA LTD | Goddard Catering Group Inc |
| GODDARD CATERING GROUP JAMAICA LIMITED | Goddard Catering Group Inc |
| COBALT GROUND SOLUTIONS LTD | COBALT GROUND SOLUTIONS LTD |
| DNATA LIMITED | DNATA LIMITED |
| ALLIANCE GROUND INTERNATIONAL | Alliance Ground International LLC |
| OCS LTD | OCS Group UK Limited |
| SEKO LOGISTICS LONDON LIMITED | Seko Logistics (London) Limited<br>deSter BVBA<br>Orvec International Ltd<br>Spiriant GmbH |
| TATA CONSULTANCY SERVICES LTD | TATA CONSULTANCY SERVICES LTD |
| PROS REVENUE MANAGEMENT | PROS HOLDINGS INC |
| CARIBBEAN DISPATCH SERVICES LTD | Caribbean Aircraft Handling Co. Ltd |
| INTERCONTINENTAL | Sandton Hotel Proprietary Limited |
| HONG KONG AIR CARGO TERMINALS LTD | HONG KONG AIR CARGO TERMINALS LTD |
| FORWARD 3D LIMITED | FORWARD 3D LIMITED |

| | |
|---|---|
| **OLIVER WYMAN** | **Oliver Wyman Limited** |
| **PHD MEDIA** | **PHD Media Limited** |
| **THE BOSTON CONSULTING GROUP UK LLP** | **THE BOSTON CONSULTING GROUP UK LLP** |
| **COGNIZANT TECHNOLOGY SOLUTIONS UK LIMITED** | **Cognizant Worldwide Ltd** |
| **ULTIMA BUSINESS SOLUTIONS LIMITED** | **ULTIMA BUSINESS SOLUTIONS LIMITED** |
| **CERTES COMPUTERS LTD** | **Certes Computing Limited** |
| **ONETRUST TECHNOLOGY LIMITED** | **ONETRUST TECHNOLOGY LIMITED** |
| **AEROPEOPLE LTD** | **AEROPEOPLE LTD** |
| **JAMES CHASE SOLUTIONS LIMITED** | **JAMES CHASE SOLUTIONS LIMITED** |
| **CASEBANK TECHNOLOGIES INC** | **CASEBANK TECHNOLOGIES INC** |
| **CUBIQUITY LIMITED** | **CUBIQUITY LIMITED** |
| **THS COURIERS LTD** | **THS COURIERS LTD** |
| **PROMINATE** | **Prominate LTD** |
| **OPENMARKET LTD** | **OPENMARKET LTD** |
| **OMNICOM MEDIA GROUP INDIA PRIVATE LIMITED** | **Radeus Advertising Private Limited** |
| **BAXTER STOREY LTD** | **BAXTER STOREY LTD** |
| **FLYTE TYME MANAGEMENT SERVICES INC** | **FLYTE TYME MANAGEMENT SERVICES INC** |
| **BALLARD CHALMERS LIMITED** | **BALLARD CHALMERS LIMITED** |
| **XERETEC OFFICE SYSTEMS LTD** | **XERETEC OFFICE SYSTEMS LTD** |
| **CONTENTSQUARE** | **Content Square S.A.S.** |
| Clear Ideas Consultancy LLP | Clear Ideas Consultancy LLP |
| **ESP COLOUR LTD** | **ESP COLOUR LTD** |
| **PROXIMITY LONDON LTD** | **PROXIMITY LONDON LTD** |
| **PARAGON CUSTOMER COMMUNICATIONS LONDON LTD** | **Paragon Customer Communications (London) Limited** |
| **ACTIVE ENTERTAINMENT MANAGEMENT LTD** | **ACTIVE ENTERTAINMENT MANAGEMENT LTD** |

| | |
|---|---|
| **DAVLEA ESTATES LTD** | **(Warning - multiple entities for single AP vendor) Alexandra Swansea Ltd Oldway Swansea Ltd** |
| **HARDINGS PRINT SOLUTIONS LTD** | **Hardings Print Solutions Limited** |
| **ENSIGHTEN** | **Ensighten Inc** |
| **BLACK SUN PLC** | **BLACK SUN PLC** |
| **LORIEN RESOURCING** | **Lorien Resourcing Limited** |
| **STAC Architecture** | **STAC Architecture Ltd** |
| **Aon Solutions UK Limited** | **Aon Solutions UK Limited** |
| **ENHANCE MEDIA** | **Enhance Media Ltd** |
| **CHARLES RIVER ASSOCIATES** | **CRA International (UK) Ltd** |
| **KINNARPS UK LTD** | **KINNARPS UK LTD** |
| **ADVANCE FUMIGATION AND PEST CONTROL** | **Advance Fumigation & Pest Control Ltd** |
| **SAP UK Ltd** | **SAP UK Ltd** |
| **SOFTWAREONE UK LIMITED** | **SOFTWAREONE UK LIMITED** |
| **BERRY BROS AND RUDD WINE MERCHANTS** | **BB&R Limited** |
| **THE NEW YORKER HOTEL** | **New Yorker Hotel Management d/b/a Wyndham New Yorker Hotel** |
| **GLOBAL AVIATION** | **Global Aviation Ltd** |
| **HILTON GLENDALE** | **HILTON GLENDALE** |
| **HALLMARK CONNECTIONS LIMITED** | **HALLMARK CONNECTIONS LIMITED** |
| **THE GARDEN CITY HOTEL** | **THE GARDEN CITY HOTEL** |
| **MNH SUSTAINABLE CABIN SERVICES** | **MNH Sustainable Cabin Services Limited** |
| **LSG SKY CHEFS SOUTH AFRICA LTD** | **LSG Sky Chefs South Africa (PTY) Ltd** |
| **PROJECT TRISTAR LIMITED** | **PROJECT TRISTAR LIMITED** |
| **K2 GLOBAL LIMITED** | **K2 GLOBAL LIMITED** |
| **CATHAY PACIFIC CATERING SERVICES HK LIMITED** | **CATHAY PACIFIC CATERING SERVICES HK LIMITED** |
| **AERO TECHNICS LTD** | **Aero Technics Limited** |
| **ADVANCED TOOLING SYSTEMS UK LTD** | **ADVANCED TOOLING SYSTEMS UK LTD** |

| | |
|---|---|
| **VIRTUAL HUMAN RESOURCES LTD** | **VIRTUAL HUMAN RESOURCES LTD** |
| **UNICAL AVIATION INC** | **UNICAL AVIATION INC** |
| **CROMWELL TOOLS PORTSMOUTH** | **Cromwell Tools Limited** |
| **HYDRO SYSTEMS KG** | **HYDRO SYSTEMS KG** |
| **SEAL DYNAMICS** | **Seal Dynamics LLC** |
| **1ST CHOICE AEROSPACE** | **1ST CHOICE AEROSPACE** |
| **PROPONENT** | **Kirkhill Aircraft Parts Co** |
| **PORSCHE CONSULTING GMBH** | **PORSCHE CONSULTING GMBH** |
| **MARRIOTT BOSTON** | **Marriott Hotel Services Inc d/b/a Boston Marriott Copley Place** |
| **MIAMI MARRIOTT DADELAND** | **MIAMI MARRIOTT DADELAND** |
| **STREAM PUBLISHING LIMITED** | **STREAM PUBLISHING LIMITED** |
| **OMNI SHOREHAM HOTEL** | **Omni Shoreham Corporation d/b/a Omni Shoreham Hotel** |
| **AVTURA LTD** | **AVTURA LTD** |
| **SHERATON BOSTON HOTEL** | **SHERATON BOSTON HOTEL** |
| **GOOD BUSINESS** | **Good Business Ltd** |
| **HILTON SAN FRANCISCO** | **San Francisco Lessee Ltd** |
| **BARBADOS HILTON RESORT** | **Hilton Barbados Resort** |
| **BAGGAGE AIRLINE GUEST SERVICES** | **Baggage Airline Guest Services Inc** |
| Aero Mag | **Aero Mag 2000 BOS LLC** |
| **MARRIOTT MARQUIS** | **Marriott International Inc** |
| Herods Hertzlya | **Fattal Hotels Ltd** |
| **COCONUT BAY RESORT** | **Coconut Bay Beach Resort & Spa** |
| **JET AIRWAYS** | **JET AIRWAYS OF THE UNITED STATES, INC** |
| Travelliance Global Ltd | **Travelliance Global Ltd** |

| | |
|---|---|
| **PAN AFRICAN CATERING SERVICES LTD** | **Pan Africa Catering EPZE (Servair Nigeria)** |
| **PRIMEFLIGHT AVIATION SERVICES INC** | **PRIMEFLIGHT AVIATION SERVICES INC** |
| **IBEROSTAR GRAND ROSE HALL** | **Iberostar Distribucion SL** |
| **SHERATON LINCOLN HARBOUR** | **River PW Hotel Limited Partnership** |
| **CARIBBEAN AIRCRAFT HANDLING** | **Caribbean Aircraft Handling Co. Ltd** |
| **THE NEW TROPICANA** | **Tropicana Las Vegas Inc** |
| **ROYAL BY REX** | **Rex Resorts Inc** |
| **AMBIENCE CONTRACTS LTD** | **AMBIENCE CONTRACTS LTD** |
| **PARC55 SAN FRANCISO** | **San Francisco Lessee LLC d/b/a Hilton San Francisco Union Square** |
| **WARWICK SEATTLE** | **Warwick Corporation d/b/a Warwick Seattle** |
| Pullman Toulouse Centre | Accor SA |
| **GOWLING WLG UK LLP** | **GOWLING WLG UK LLP** |
| **SEETEC BUSINESS TECHNOLOGY CENTRE LTD** | **SEETEC BUSINESS TECHNOLOGY CENTRE LTD** |
| **ICF SH AND E** | **ICF SH AND E Limited** |
| **DASSAULT SYSTEMES UK LIMITED** | **DASSAULT SYSTEMES UK LIMITED** |
| **NEW TERRITORY DESIGN LTD** | **NEW TERRITORY DESIGN LTD** |
| **ZENON** | **Zenon Recruitment Ltd** |
| **TRANSPERFECT TRANSLATIONS LIMITED** | **TRANSPERFECT TRANSLATIONS LIMITED** |
| **JET MASTERCLASS UK LTD** | **JET MASTERCLASS UK LTD** |
| Stanton House Limited | Stanton House Limited |
| WPI Strategy | WPI Strategy Limited |
| **MANORHEIM BUSINESS AND AVIATION CONSULTANCY LIMITED** | **MANORHEIM BUSINESS AND AVIATION CONSULTANCY LIMITED** |
| **DPR CONSTRUCTION A GENERAL PARTNERSHIP** | **DPR CONSTRUCTION A GENERAL PARTNERSHIP** |
| **FLORIDA HOTEL AND CONFERENCE CENTRE** | **FLORIDA HOTEL AND CONFERENCE CENTRE** |
| **AIRLINE ASSOCIATION OF BARBADOS** | **AIRLINES ASSOCIATION BARBADOS INC** |

| | |
|---|---|
| **MANCHESTER PRIDE LTD** | **MANCHESTER PRIDE LTD** |
| **PRISM GROUP INC** | **PRISM GROUP INC** |
| **EXPERIAN LTD** | **EXPERIAN LTD** |
| **VARLIN STORAGE LIMITED** | **VARLIN STORAGE LIMITED** |
| **20 20 LIMITED** | **20 20 LIMITED** |
| **ASPERA** | **Aspera GmbH** |
| **Flybe Limited** | **Flybe Limited** |
| **WNS GLOBAL SERVICES UK LTD** | **WNS Global Services (UK) Limited** |
| **TRAX USA Corp** | **TRAX USA Corp** |
| **PANASONIC AVIONICS SYSTEMS CORPORATION** | **Panasonic Avionics Corporation** |
| **AVENSYS LTD** | **AVENSYS LTD** |
| **LUFTHANSA TECHNIK AG** | **LUFTHANSA TECHNIK AG** |
| **WESCO AIRCRAFT EMEA LIMITED** | **WESCO AIRCRAFT EMEA LIMITED** |
| **BOLLORE LOGISTICS** | **Bollore Logistics UK Limited** |
| **SAFRAN SEATS GB LIMITED** | **SAFRAN SEATS GB LIMITED** |
| **BOMBARDIER** | **Short Brothers Plc** |
| **GOGO COMMERCIAL AVIATION** | **GoGo LLC** |
| **MEL AVIATION LTD** | **MEL AVIATION LTD** |
| **SAFRAN NACELLES** | **Safran Nacelles SAS** |
| **INCORPORATEWEAR LTD** | **INCORPORATEWEAR LTD** |
| **SAFRAN AEROSYSTEMS SERVICES UK LIMITED** | **SAFRAN AEROSYSTEMS SERVICES UK LIMITED** |
| **MICHELIN AIRCRAFT TYRE** | **MICHELIN AIRCRAFT TYRE** |
| **MUMBAI AIRPORT LOUNGE SERVICES PVT LTD** | **MUMBAI AIRPORT LOUNGE SERVICES PVT LTD** |
| **MENZIES AVIATION UK LIMITED** | **MENZIES AVIATION UK LIMITED** |
| **TAIKOO AIRCRAFT ENGINEERING CO LTD** | **Taikoo (Xiamen) Aircraft Engineering Co Ltd** |

| | |
|---|---|
| ACCELERATED INC | Accelerated Courier Inc |
| i6 SYSTEMS | i6 Systems Ltd |
| GEN2 SYSTEMS LTD | GEN2 SYSTEMS LTD |
| AIRLINES TECHNICAL SUPPORT (AIR TECHS) | AIRLINES TECHNICAL SUPPORT (AIR TECHS) |
| ADOBE SYSTEMS SOFTWARE IRELAND LTD | ADOBE SYSTEMS SOFTWARE IRELAND LTD |
| JAMCO CORPORATION | JAMCO CORPORATION |
| PAN ASIA PACIFIC AVIATION SERVICES LTD | PAN ASIA PACIFIC AVIATION SERVICES LTD |
| INFARE SOLUTIONS AS | Infare Solutions A/S |
| Universal Pictures (Non-Theatrical) | Universal Studios International BV |
| Military Pilot Supply Of Texas Inc Dba Fly Boys | Military Pilot Supply Of Texas Inc Dba Fly Boys |
| SPAFAX AIRLINE NETWORK LTD | SPAFAX AIRLINE NETWORK LTD |
| DISPATCH SERVICES ANTIGUA LTD | DISPATCH SERVICES ANTIGUA LTD |
| GCG GROUND SERVICES JAMAICA LTD | GCG GROUND SERVICES JAMAICA LTD |
| PLAZA PREMIUM LOUNGE | Plaza Premium Lounge Management Limited |
| BENEFEX LIMITED | BENEFEX LIMITED |
| SR TECHNICS | SR Technics Switzerland Limited |
| SWISSPORT IRELAND LTD | SWISSPORT IRELAND LTD |
| CODE | Rapp Ltd |
| THE AIR LAW FIRM | The Air Law Firm LLP |
| SIGNAL CORPORATION PARTNERSHIP | Signal Computer Systems Ltd |
| Linstol UK Ltd | Linstol UK Ltd |
| Watermark Limited | Watermark Limited |
| Global Eagle Entertainment | Inflight Productions Limited |
| GE Engine Services LLC | GE Engine Services LLC |

**Operating Lessor Plan Creditors**

| Party | Lessor Umbrella Company |
|---|---|
| KDAC Aircraft Holding 3 Limited | DVB |
| Alterna Aircraft XI LLC | Alterna Capital Partners |
| MSN 322, LLC | GA Telesis |
| Wells Fargo Trust Company, N.A. | Aercap |
| Wells Fargo Trust Company, N.A. | Aercap |
| Wells Fargo Trust Company, N.A. | Aercap |
| OAS Aviation (UK) Limited | Orix |
| Avolon Aerospace AOE 104 Limited | Avolon |
| Avolon Aerospace AOE 121 Limited | Avolon |
| Avolon Aerospace AOE 157 Limited | Avolon |
| AerCap Global Aviation Trust (on behalf of Series One) | Aercap |
| Rhodium Funding Limited | Aercap |
| Wilmington Trust SP Services (Dublin) Ltd | Aercap |
| Wilmington Trust SP Services (Dublin) Ltd | Aercap |
| Aviator IV 1195, Limited | Aviator |
| Dara Aviation Charlie Limited | NCB Capital |
| Streamline Aircraft Leasing Ltd | Aercap |
| Aercap Dutch Leasing VII B.V. | Aercap |
| Emerald Aviation AOE 4 Limited | Avolon |
| Scarlet Aircraft Leasing Ltd | Aercap |
| GY Aviation Lease 1202 Co. Ltd | CDB |
| Burgundy Aircraft Leasing Limited | Aercap |

**Connected Party Plan Creditors**

| Party |
|---|
| Delta Air Lines, Inc. |
| |
| Virgin Holdings Limited |
| |
| VAL TM Limited |